**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ANGELA MCDERMOTT, individually and on behalf of a class of all persons and entities similarly situated<br><br>        Plaintiff<br><br>vs.<br><br>OFFICE BEACON, LLC,<br><br>        Defendant. | Case No. 2:26-cv-00826-JLG-SCS |

**STIPULATION TO EXTEND DEFENDANT'S**

**COMPLAINT RESPONSE DEADLINE**

**IT IS HEREBY STIPULATED**, by and between Plaintiff Angela McDermott ("Plaintiff") and Defendant Office Beacon, LLC ("Defendant" and collectively with Plaintiff, the "Parties"), as follows.

1.  On July 10, 2026, Plaintiff filed the Complaint ("Complaint") [Dkt. No. 1]

2.  On July 17, 2026, Plaintiff served the Complaint on Defendant, making the deadline to respond August 7, 2026 [Dkt. No. 4].

3.  Defendant's counsel is not admitted to practice in the Southern District State of Ohio and Defendant requires time to retain local counsel.

4.  Additionally, all Parties would like to ensure they have sufficient time to meaningfully meet and confer to avoid motion practice.

5.      Therefore, the Parties, by and through their undersigned counsel, stipulate and agree that Defendant's deadline to respond to the Complaint is continued from August 7, 2026 to **August 28, 2026**.

**IT IS SO STIPULATED AND AGREED**.

Pursuant to Local Rule 83.5(d), the filer, Brian T. Giles, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Pursuant to Local Rule 6.1(a), the requested extension does not exceed 21 days, and there have been no prior stipulated extensions of time.

RESPECTFULLY SUBMITTED AND DATED this August 5, 2026.

By:   _/s/ Anthony I. Paronich_____
       Brian T. Giles (0072806)
       GILES & HARPER, LLC
       7247 Beechmont Ave.
       Cincinnati, Ohio 45230
       Telephone: (513) 379-2715
       Email: Bgiles@gilesharper.com

       Anthony I. Paronich, *Subject to Pro Hac Vice*
       PARONICH LAW, P.C.
       350 Lincoln Street, Suite 2400
       Hingham, MA 02043
       Telephone: (508) 221-1510
       Email: anthony@paronichlaw.com

       Attorneys for Plaintiff,
       Angela McDermott

By:     _/s/ Patty Chen_____
       Han Pai, SBN 258928, *Subject to Pro Hac Vice*

Patty W. Chen, SBN 322992 *Subject to Pro Hac Vice*
Gabriela Perez, SBN 348485 *Subject to Pro Hac Vice*

SALISIAN LLP
550 South Hope Street, Suite 750
Los Angeles, California 90071-2686
Telephone: (213) 622-9100
Email: han.pai@salisianllp.com;
       patty.chen@salisianllp.com;
       gabriela.perez@salisianllp.com

Attorneys for Defendant,
Office Beacon, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 5, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, pursuant to Fed. R. Civ. P.5(b)(2)(E).


By: _ */s/ Anthony I. Paronich*_____