**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| ANGELA MCDERMOTT,<br><br>Plaintiff,<br>v.<br><br>OFFICE BEACON, LLC,<br><br>Defendant. | Case No. 2:26-cv-00826-JLG-SCS<br><br>JUDGE JAMES L. GRAHAM |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT OFFICE BEACON, LLC**

Pursuant to S.D. Ohio Civ. R. 83.4, the undersigned attorney, Maximilian A. Julian, of the law firm of Gertsburg Licata Co. LPA, hereby gives notice of appearance in this action on behalf of Defendant Office Beacon, LLC. The undersigned requests that all future notices, papers and correspondence filed or exchanged in connection with this action be directed to the undersigned according to the information provided hereinbelow.

Respectfully submitted,

**GERTSBURG LICATA CO. LPA**

Dated: August 26, 2026.

By: *s/ Maximilian A. Julian*
Maximilian A. Julian (0093728)

600 East Granger Road, Suite 200
Cleveland, Ohio 44131
Telephone: (216) 573-6000
Facsimile: (216) 920-9998
mjulian@gertsburglicata.com

*Trial Attorney for Defendant Office Beacon, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2026, a copy of the foregoing Notice of Appearance of Counsel was filed through the Court's electronic filing system. Notice of this filing was sent to all registered users of the Court's electronic filing system pursuant to Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

*s/ Maximilian A. Julian*
Maximilian A. Julian (0093728)
GERTSBURG LICATA CO. LPA
600 East Granger Road, Suite 200
Cleveland, Ohio 44131
Telephone: (216) 573-6000
Facsimile: (216) 920-9998
mjulian@gertsburglicata.com