**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| ANGELA MCDERMOTT,<br><br>Plaintiff,<br>v.<br><br>OFFICE BEACON, LLC,<br><br>Defendant. | Case No. 2:26-cv-00826-JLG-SCS<br><br>JUDGE JAMES L. GRAHAM |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

By and through counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and S.D. Ohio Civ. R. 6.1(b), Defendant Office Beacon, LLC ("Beacon") hereby requests an extension of the date by which it must respond to Plaintiff Angela McDermott's Complaint. Beacon's counsel conferred with Plaintiff's counsel and confirmed that Plaintiff does not oppose this instant request.

The current deadline is August 28, 2026. Beacon respectfully requests an extension through and including September 15, 2026. This is the second such request. This request is not interposed for the sake of delay or for any other improper purpose but rather to accommodate the litigation and business schedule of the undersigned, who was recently retained as Beacon's local trial counsel and therefore needs time to review this matter and get up to speed. For these reasons, as further explained herein, Beacon respectfully submits that this instant motion should be granted.

**MEMORANDUM**

1. Plaintiff filed her Class Action Complaint (the "Complaint") on July 10, 2026. [*See* Compl., ECF No. 1 at PageID 1.]

2. The initial response deadline was August 7, 2026. [*See* ECF No. 4 at PageID 18.]

3. On August 5, 2026, Plaintiff's counsel filed a Stipulation to Extend Defendant's Complaint Response Deadline. [*See* ECF No. 6.]

4. On August 7, 2026, the Court construed the stipulation [ECF No. 6] as an unopposed motion for extension of time and granted the request, setting the current response deadline of August 28, 2026. [*See* Notation Order (Aug. 7, 2026), ECF No. 7.]

5. Good cause supports this instant request for an extension. Beacon is located in California, and it recently retained the undersigned as local trial counsel for this action. The undersigned had no prior involvement with this matter before being retained and therefore requires a reasonable opportunity to review and investigate Plaintiff's allegations in order to prepare an appropriate response to the Complaint.

6. The Complaint alleges violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and its implementing regulations. Plaintiff sues not solely on her own behalf but on behalf of a putative nationwide class, and she seeks statutory damages on a per-violation basis for each putative plaintiff. [*See* ECF No. 1 at PageID 4 (Compl. ¶ 30) & 6–7 (Compl. ¶¶ 44–48).] Plaintiff's allegations cannot be sufficiently investigated before the current August 28, 2026, deadline runs.

7. The instant request for an extension through and including September 15, 2026, is the second request for an extension in this case, [*see* ECF No. 6], and it is Beacon's first request on its own motion.

8. The instant request will not affect any other deadline because no case schedule has been set. This request is made in good faith and not for purposes of delay or for any other improper purpose. No party will be prejudiced by an extension of time through and including September 15, 2026.

9. Pursuant to S.D. Ohio Civ. R. 7.3(a), Beacon's California counsel consulted with Plaintiff's counsel before bringing this instant motion and confirmed that it will not be opposed. Specifically, on August 21, 2026, Beacon's California counsel, Patty W. Chen, emailed Plaintiff's counsel, Anthony Paronich, to advise them of Beacon's intention to request an extension of its response deadline to September 15, 2026, and ask whether Plaintiff would oppose such a request. On August 22, 2026, Attorney Paronich confirmed that Plaintiff does not.

WHEREFORE, Defendant Office Beacon, LLC respectfully requests that the Court grant this instant motion and extend Beacon's deadline to move, plead or otherwise respond to Plaintiff's Complaint up to and including September 15, 2026.

A proposed order was contemporaneously filed with this instant motion pursuant to S.D. Ohio Civ. R. 7.3(a) and S.D. Ohio Civ. R. 7.4.

Respectfully submitted,

**GERTSBURG LICATA CO. LPA**

Dated: August 26, 2026.

By: *s/ Maximilian A. Julian*
Maximilian A. Julian (0093728)

600 East Granger Road, Suite 200
Cleveland, Ohio 44131
Telephone: (216) 573-6000
Facsimile: (216) 920-9998
mjulian@gertsburglicata.com

*Trial Attorney for Defendant*
*Office Beacon, LLC*

Han Pai (SBN 258928)
*Subject to Admission Pro Hac Vice*
Patty W. Chen (SBN 322992)
*Subject to Admission Pro Hac Vice*
**SALISIAN LLP**
550 South Hope Street, Suite 750
Los Angeles, California 90071-2686
Telephone: (213) 622-9100
han.pai@salisianllp.com
patty.chen@salisianllp.com

*Attorneys for Defendant*
*Office Beacon, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2026, a copy of Defendant's Unopposed Motion for Extension of Time to Move, Plead or Otherwise Respond to Plaintiff's Complaint was filed through the Court's electronic filing system. Notice of this filing was sent to all registered users of the Court's electronic filing system pursuant to Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

*s/ Maximilian A. Julian*
Maximilian A. Julian (0093728)
GERTSBURG LICATA CO. LPA
600 East Granger Road, Suite 200
Cleveland, Ohio 44131
Telephone: (216) 573-6000
Facsimile: (216) 920-9998
mjulian@gertsburglicata.com