**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ANGELA MCDERMOTT,

Plaintiff,

v.

OFFICE BEACON, LLC,

Defendant.

Case No. 2:26-cv-00826-JLG-SCS

JUDGE JAMES L. GRAHAM

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This matter is before the Court on Defendant's Unopposed Motion for Extension of Time to Move, Plead or Otherwise Respond to Plaintiff's Complaint (the "Motion"). For good cause shown, the Motion is GRANTED. Defendant Office Beacon, LLC shall have up to and including September 15, 2026, to move, plead or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

______________________________
DATE

______________________________
UNITED STATES DISTRICT JUDGE