**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

**(Revised 09/19)**

ANGELA MCDERMOTT, Plaintiff,

-vs-

OFFICE BEACON, LLC, Defendant,

Case No.: 2:26-CV-00826-JLG-SCS

District Judge: JAMES L. GRAHAM

Magistrate Judge: S. COURTER SHIMEALL

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Maximillian A. Julian (Name of Trial Attorney), trial attorney for Office Beacon, LLC. (Name of Party), in the above-referenced action, hereby moves the court to admit Eric J. Troutman (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Office Beacon, LLC (Name of Party).

Movant represents that Tori L. Guidry (Name of PHV Attorney) is a member in good standing of the highest court of California & Washington (Name of State) as attested by the accompanying certificate from that court and that Eric J. Troutman (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Eric J. Troutman 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (949) 761-5021 Business fax ____________________

Business address 400 Spectrum Center Dr. Ste 400

Irvine CA 92618

Business e-mail address troutman@troutmanamin.com

____________________
(Signature of Trial Attorney)
600 E. Granger Road Ste 200
(Address)
Cleveland, OH 44131
(City, State, Zip Code)
(216) 573-6000
(Telephone Number)

Trial Attorney for Office Beacon, LLC.
(Name of Party)

**(Please attach required Certificate of Service)**

**CERTIFICATE OF SERVICE**

I, Eric J. Troutman, hereby certify that on October 15, 2026, I electronically filed the forgoing with the Clerk of the Court using the electronic filing system (EFS) which will send notification of such filing to counsel of record.

/s/ *Eric J. Troutman*
Eric J. Troutman