**IN THE UNITED STATES DISTRICT COURT** **(Revised 09/19)**
**FOR THE SOUTHERN DISTRICT OF OHIO**

ANGELA MCDERMOTT
Plaintiff,

-vs-

OFFICE BEACON, LLC
Defendant,

: Case No.: 2:26-CV-00826-JLG-SCS
: District Judge: JAMES L. GRAHAM
: Magistrate Judge: S. COURTER SHIMEALL

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Maximilian A. Julian (Name of Trial Attorney), trial attorney for Office Beacon, LLC. (Name of Party), in the above-referenced action, hereby moves the court to admit Tori L. Guidry (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Office Beacon, LLC (Name of Party).

Movant represents that Tori L. Guidry (Name of PHV Attorney) is a member in good standing of the highest court of Louisiana (Name of State) as attested by the accompanying certificate from that court and that Tori L. Guidry (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Tori L.Guidry 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (985) 688-3307 Business fax ____________________

Business address 400 Spectrum Center Dr. Ste 400

Irvine CA 92618

Business e-mail address tori@troutmanamin.com

*/s/ Maximilian A. Julian* (0093728)
(Signature of Trial Attorney)

600 E. Granger Road Ste 200
(Address)

Cleveland, OH 44131
(City, State, Zip Code)

(216) 573-6000
(Telephone Number)

Trial Attorney for Office Beacon, LLC.
(Name of Party)

**(Please attach required Certificate of Service)**

# CERTIFICATE OF SERVICE

I, Tori L. Guidry, hereby certify that on October 15, 2026, I electronically filed the forgoing with the Clerk of the Court using the electronic filing system (EFS) which will send notification of such filing to counsel of record.

/s/ *Tori L. Guidry*
Tori L. Guidry