**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ANGELA MCDERMOTT,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**OFFICE BEACON, LLC,**<br><br>*Defendant.* | Case No. 2:26-cv-00826-JLG-SCS<br><br>Judge James L. Graham<br><br>Magistrate Judge<br>S. Courter M. Shimeall |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c) and the Court's Preliminary Pretrial Order (ECF No. 15), Plaintiff Angela McDermott and Defendant Office Beacon, LLC jointly move for entry of the Stipulated Protective Order attached as Exhibit A.

Good cause exists for entry of the order because discovery in this action is expected to include confidential personal information and non-public business information.

The parties respectfully request that the Court enter the Stipulated Protective Order.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Anthony I. Paronich (per email authorization dated October 20, 2026)*

Brian T. Giles (0072806)
GILES & HARPER, LLC
7247 Beechmont Ave.
Cincinnati, Ohio 45230
Telephone: (513) 379-2715
Bgiles@gilesharper.com

Anthony I. Paronich (*pro hac vice*)
PARONICH LAW, P.C.

*/s/ Maximilian A. Julian*

Maximilian A. Julian (0093728)
GERTSBURG LICATA CO. LPA
600 East Granger Road, Suite 200
Cleveland, Ohio 44131
Telephone: (216) 573-6000
Facsimile: (216) 920-9998
mjulian@gertsburglicata.com

-and-

350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*ATTORNEYS FOR PLAINTIFF*

Eric J. Troutman (*pro hac vice*)
Tori L. Guidry (*pro hac vice forthcoming*)
Blake H. Landis (*pro hac vice forthcoming*)
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450
Irvine, California 92618
Telephone: (949) 350-3663
troutman@troutmanamin.com

*ATTORNEYS FOR OFFICE BEACON, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Maximilian A. Julian*
Maximilian A. Julian