# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

**I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that**

***TORI L. GUIDRY ESQ., #37704***

**was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 19th Day of October, 2017 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.**

**IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 10th Day of June, 2026, A.D.**

Veronica Odinet Koclanes

**Clerk of Court**
**Supreme Court of Louisiana**